**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SARA TANNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | |
| AUTOZONE, INC., | ) | Judge: |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, SARA TANNER ("Tanner"), by and through her attorney, Joshua M. Feagans of GRIFFIN | WILLIAMS, LLP, hereby complains of and against Defendant, AUTOZONE, INC. ("AutoZone"), as follows:

### Parties, Venue & Jurisdiction

1. Tanner is a female individual that resides in Justice, Illinois and is a former employee of AutoZone.

2. AutoZone is a Delaware corporation with corporate offices in Memphis, Tennessee and otherwise operating retail auto parts stores throughout the United States of America, including in Crestwood, Illinois. AutoZone is an entity subject to suit under 42 U.S.C. §1981, 42 U.S.C. §2000e et seq. and 42 U.S.C. §1981a. At all times relevant, AutoZone has employed more than five hundred (500) employees.

3. Jurisdiction of this Court is authorized pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000 et seq., as amended by the Civil Rights Act of 1991, which provides for relief against discrimination and employment on the basis of sex ("Title VII").

1

4.     AutoZone conducts business in this district and division.  Moreover, a portion of the unlawful employment practices alleged in this complaint occurred within this district and division.  Thus, venue is proper in this Court pursuant to 28 U.S.C. § 1391 and 42 U.S.C. §2000e-5(f)(3).

## Conditions Precedent

5.     Tanner timely filed a Charge of Discrimination with the Illinois Department of Human Rights and Equal Employment Opportunity Commission ("EEOC") alleging discrimination on the basis of her sex and retaliation for engaging in protected acts in violation of Title VII.  A copy of the Charge of Discrimination is attached hereto as Exhibit A.

6.     Tanner received a Dismissal and Notice of Rights from the EEOC, and this action is instituted within ninety (90) days of receipt thereof.  A copy of the Right to Sue is attached hereto as Exhibit B.

## Factual Background

7.     Tanner began working at AutoZone in or about November 2013.

8.     As of August of 2015, Tanner was employed by AutoZone as an assistant manager at its Crestwood, Illinois location.

9.     In August of 2015, AutoZone's store manager, Lenny Sinclair ("Sinclair"), at the Crestwood, Illinois location and Tanner's direct supervisor, began propositioning Tanner for romantic dates.

10.     After repeated advances by Sinclair, Tanner felt compelled to meet Sinclair outside of work for what she anticipated to be friendly drinks amongst co-workers even though she was married and pregnant at that time.

2

11. Rather than meeting Tanner for drinks, Sinclair took Tanner to an Odyssey dinner cruise on Lake Michigan complete with roses, champagne and other romantic gestures.

12. Tanner then disclosed to Sinclair that she was pregnant and did not want a romantic relationship with him.

13. After learning that Tanner was pregnant and that she did not want a romantic relationship with him, Sinclair repeatedly told Tanner that he was "aroused" when he was around her and disappointed that she was pregnant as "he wanted a family with her."

14. Sinclair further made and texted other lewd, inappropriate, sexual and harassing statements to Tanner.

15. Eventually, Sinclair refused to sign Tanner's paperwork necessary to finalize various sales, failed to report her work hours so as to deny her timely and complete paychecks and was otherwise hostile and harassing to Tanner.

16. In late October 2015, Tanner conveyed to her territorial manager and regional manager that Sinclair was sexually harassing her. Tanner was directed to contact Tina Cleveland with AutoZone's human resources department.

17. On or about November 2, 2015, Tanner made a sexual harassment complaint about Sinclair to Tina Cleveland.

18. As a result of the complaint, Tanner was removed from her position at the Crestwood, Illinois AutoZone store while her complaint was investigated and temporarily placed in an AutoZone store at 81st Street and Kedzie Avenue in Chicago, Illinois.

19. AutoZone's investigation confirmed that Sinclair sexually harassed and intimidated Tanner and Sinclair's employment was terminated, but not until on or about December 7, 2015.

3

20. On information and belief, Sinclair was allowed to continue his employment at the Crestwood, Illinois AutoZone location while AutoZone forced Tanner to relocate to a different store during the investigation.

21. Despite Sinclair's employment being terminated, AutoZone refused to allow Tanner to return to her position at the Crestwood, Illinois store because the employees at the location were "tight" with Sinclair and unhappy with Tanner for getting Sinclair terminated.

22. Further, in December of 2015, Sinclair began stalking Tanner at the AutoZone location 81st Street and Kedzie Avenue in Chicago, Illinois. It was discovered that Sinclair resided near the location.

23. Even with Sinclair stalking Tanner while at work, AutoZone refused to relocate Tanner back to her Crestwood store. Instead, AutoZone demanded that for Tanner to remain employed, she accept a position at a store in Addison, Illinois.

24. The employment position at the Addison, Illinois store was approximately 20 miles from her home, but would require a 1 ½ hour commute due to traffic patterns.

25. Tanner's employment with AutoZone was actually and/or constructively terminated as she could not accept the position at the AutoZone in Addison, Illinois.

26. Tanner was subject to sexual harassment and retaliation in violation of Title VII.

**Count I**
**Sexual Discrimination Under Title VII**

27. Tanner realleges and incorporates by reference Paragraphs 1 through 26 as though fully set forth herein.

28. Tanner has been discriminated against by AutoZone because of her gender and subject to subjectively and objectively hostile work environment due to her gender in violation of Title VII.

4

29. As a result of the discrimination and hostile work environment, Tanner has suffered, is now suffering and will continue to suffer emotional distress, pain, inconvenience, mental anguish, loss of enjoyment of life and other nonpecuniary losses and well as pecuniary losses.

WHEREFORE, the Plaintiff, SARA TANNER, prays that this Court enter judgment in her favor and against AUTOZONE, INC. as follows:

a. Declare the conduct engaged in by the Defendant to be in violation of the Plaintiff's rights;

b. Enjoin the Defendant from engaging in such conduct;

c. Award the Plaintiff compensatory and punitive damages, including back pay, in an amount to be determined by this Court;

d. Award the Plaintiff costs and attorneys' fees; and

e. Grant such other and further relief as is deemed equitable and just.

## Count II
### Retaliation Under Title VII

30. Tanner realleges and incorporates by reference Paragraphs 1 through 26 as though fully set forth herein.

31. Tanner has been retaliated against by AutoZone because she engaged in activities protected by Title VII.

29. As a result of the retaliation, Tanner has suffered, is now suffering and will continue to suffer emotional distress, pain, inconvenience, mental anguish, loss of enjoyment of life and other nonpecuniary losses and well as pecuniary losses.

WHEREFORE, the Plaintiff, SARA TANNER, prays that this Court enter judgment in her favor and against AUTOZONE, INC. as follows:

a.        Declare the conduct engaged in by the Defendant to be in violation of the Plaintiff's rights;

b.        Enjoin the Defendant from engaging in such conduct;

c.        Award the Plaintiff compensatory and punitive damages, including back pay, in an amount to be determined by this Court;

d.        Award the Plaintiff costs and attorneys' fees; and

e.        Grant such other and further relief as is deemed equitable and just.

## DEMAND FOR JURY TRIAL

Tanner demands a trial by jury on all issues so triable.


Respectfully Submitted,

SARA TANNER,


By:    /s/ Joshua M. Feagans
                    One of Her Attorneys


Joshua M. Feagans, Esq. / 6286141
Griffin|Williams LLP
21 North Fourth Street
Geneva, IL 60134
Phe:   (630) 524-2563
Fax:   (630) 262-0644
E-Mail: jfeagans@gwllplaw.com

6

A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2016-03534 |

Illinois Department Of Human Rights _____ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Sara Tanner** | **(217) 597-2387** | **08-29-1980** |

| Street Address | City, State and ZIP Code |
|---|---|
| **110 Poplar Lane, Justice, IL 60458** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **AUTOZONE** | **500 or More** | **(773) 471-2044** |

| Street Address | City, State and ZIP Code |
|---|---|
| **8215 South Kedzie, Chicago, IL 60652** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

RECEIVED EEOC

APR 27 2016

CHICAGO DISTRICT OFFICE

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **12-17-2015**   Latest **12-17-2015**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Respondent on or about November 3, 2013. My most recent position was Commercial Specialist. During my employment, I was subjected to sexual harassment, I complained to Respondent, to no avail. Respondent was also aware of my pregnancy. I was denied a promotion. On December 17, 2015, I was constructively discharged.

I believe that I have been discriminated against because of my sex, female, Pregnancy, and in retaliation for engaging in protective activity, in violation of Title VII of the Civil Rights Act on 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Apr 12, 2016**<br>Date      *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

B

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Sara Tanner**
**c/o Jordan B. Dorrestein**
**GRIFFIN WILLIAMS LLP**
**Attorneys and Counselors at Law**
**21 North Fourth ST.**
**Geneva, IL 60134**

From: **Chicago District Office**
**500 West Madison St**
**Suite 2000**
**Chicago, IL 60661**

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2016-03534 | **Sherice Galloway, Investigator** | **(312) 869-8132** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Julianne Bowman,
**District Director**

8/22/17
*(Date Mailed)*

Enclosures(s)

cc: **AutoZone**
**c/o Wood, Michele**
**Employee Relations Attorney**
**123 S. Front St.**
**Memphis, TN 38103**